JS-6

Morse Mehrban (Bar No. 169082)
Julie Mehrban (Bar No. 271290)
Rummel Mor Bautista (Bar No. 133357)
LAW OFFICES OF MORSE MEHRBAN, A.P.C.
15233 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403-2251
Telephone: 310-571-0104
Facsimile: 206-202-3834
Email: Morse@Mehrban.com

Attorney for Plaintiff,
Alexander Johnson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAELS STORES, INC. and DOES 1 through 10,<br><br>    Defendants. | Case No. CV11-9581 DMG (SSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [18]** |

///

///

///

///

///

1

[Proposed] Order of Dismissal with Prejudice

Pursuant to stipulation and agreement by the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Date: July 20, 2012

_____
DOLLY M. GEE
United States District Judge

[Proposed] Order of Dismissal with Prejudice